IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE E.W. SCRIPPS COMPANY AND SUBSIDIARIES, | Case No. C-1-01-434 |
| Plaintiff, | Judge Dlott |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## STIPULATION

The parties stipulate that pursuant to 26 U.S.C. § 6611 and § 6621, the interest due on the remittance under the Court's decision entered June 16, 2003, from December 31, 1990, through August 29, 2003, is $ 2,782,936.28.

_____
Paul P. Eyre
William M. Toomajian
Thomas R. Lucchesi
BAKER & HOSTETLER LLP
3200 National City Center
Cleveland, Ohio 4114
Telephone: (216) 621-0200

_____
Stacy Hallett
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE E.W. SCRIPPS COMPANY AND SUBSIDIARIES, | Case No. C-1-01-434 |
| Plaintiff, | Judge Dlott |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## JUDGMENT

Pursuant to this Court's decision dated June 16, 2003, and the parties' stipulation as to the proper computation of interest under that decision, judgment is entered for interest in the amount of $ 2,782,936.28 pursuant to 26 U.S.C. § 6611 and § 6621, computed through August 29, 2003, plus interest according to law from August 29, 2003.

_____
DATED

_____
HONORABLE SUSAN J. DLOTT
UNITED STATES DISTRICT JUDGE