IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE E.W. SCRIPPS COMPANY AND SUBSIDIARIES, | Case No. C-1-01-434 |
| Plaintiff, | Judge Dlott |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

### JUDGMENT

Pursuant to this Court's decision dated June 16, 2003, and the parties' stipulation as to the proper computation of interest under that decision, judgment is entered for interest in the amount of $ 2,782,936.28 pursuant to 26 U.S.C. § 6611 and § 6621, computed through August 29, 2003, plus interest according to law from August 29, 2003.

DATED

HONORABLE SUSAN J. DLOTT
UNITED STATES DISTRICT JUDGE