Terry Deinlein, ~~KENNETH J. MURPHY~~
Acting Clerk          CLERK           AH

FILED
03 NOV -3 PM 12: 19

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE E.W. SCRIPPS COMPANY AND SUBSIDIARIES, | Case No. C-1-01-434 |
| Plaintiff, | Judge Dlott |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

## NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Sixth Circuit, the order entered September 16, 2002, and the final judgment entered September 8, 2003.

GREGORY G. LOCKHART
United States Attorney

STACY HALLETT
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6499

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing NOTICE OF APPEAL has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 31st day of October 2003:

>Paul P. Eyre
>William M. Toomajian
>Thomas R. Lucchesi
>Rebecca C. Lutzko
>Baker & Hostetler LLP
>3200 National City Center
>Cleveland, Ohio 44114-3485

>STACY HALLETT
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C. 20044
>Telephone: (202) 307-6499