# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv0434 | **Court of Appeals Case No:** 03-4438 |
| **SHORT CAPTION** | |
| THE E.W. SCRIPPS COMPANY AND SUBSIDIARIES | **Case Manager:** JILL COLYER |
| Plaintiff/Petitioner | **Date Filed:** |
| vs. | |
| UNITED STATES OF AMERICA | **FILED** |
| Defendant/Respondent | NOV 0 5 2003 |
| *provide pro se address IF NOT on the docket sheet | LEONARD GREEN, Clerk |
| **District Court Judge:** SUSAN J. DLOTT | **Anything That Needs Special Attention** |
| **Court Reporter(s):** | NOTICE OF APPEAL(doc.#34) appealing Order(doc.#18) and Judgment(doc.#33) entered by Judge Dlott. |
| **From Deputy Clerk:** Arthur Hill | |
| **Date:** November 3, 2003 | |
| $105.00 Appeal Filing Fee Paid? NO | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this ___

Clerk: TERRY DEINLEIN, ACTING CLERK OF COURT
United States District Court

03 NOV -5 PM 2:39
FILED
KENNETH J. MURPHY