UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 03-4438

THE E.W. SCRIPPS COMPANY AND SUBSIDIARIES,
    Plaintiff - Appellee,

v.

UNITED STATES OF AMERICA,
    Defendant - Appellant.

Before: MOORE and GIBBONS, Circuit Judges; EDMUNDS, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the district court's entry of summary judgment in favor of plaintiff The E.W. Scripps Company and Subsidiaries is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk