

FILED
JAMES BONINI
CLERK

05 OCT 12 PM 2:53

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

No: 03-4438

Filed: October 11, 2005

THE E.W. SCRIPPS COMPANY AND SUBSIDIARIES

    Plaintiff - Appellee

  v.

UNITED STATES OF AMERICA

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 8/19/05 the mandate for this case hereby issues today.

A True Copy.

No costs taxed

Attest: _____
          Deputy Clerk

Filing Fee ..........$
Printing ............$

    Total ........$

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

VALERIE FIELDS
(513) 564-7026
www.ca6.uscourts.gov

Filed: October 11, 2005

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 03-4438
The E.W. Scripps Co. vs. USA
District Court No. 01-00434

Enclosed is a copy of the mandate filed in this case.

Leonard Green, Clerk

(Ms.) Valerie Fields
Deputy Clerk

cc:
Honorable Susan J. Dlott
Mr. Paul P. Eyre
Mr. Steven W. Parks