06 FEB 13 PM 1:56

IN THE UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF OHIO

THE E.W. SCRIPPS COMPANY and )
SUBSIDIARIES, )
)
    Plaintiff, )
)
v. )  Civil No. C-1-01-434
)
UNITED STATES OF AMERICA, )
)  Honorable Susan J. Dlott
    Defendant. )

### SATISFACTION OF JUDGMENT

The Judgment in the above-entitled case having been paid, the Clerk of the District Court for the Southern District of Ohio is hereby authorized and empowered to satisfy and cancel said Judgment of record.

_____
Thomas R. Lucchesi (0025790)
BAKER & HOSTETLER, LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114

Dated this 9th day of February, 2006